**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Ahmed Abdul Razaq Al Obaidi (1),

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DULCE J. FOSTER
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-mj-783 (DJF) |
| Date: | October 26, 2026 |
| Court Reporter: | Rachel Braun |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 10:10 a.m. |
| Time Concluded: | 11:06 a.m. |
| Time in Court: | 56 minutes |

X **PRELIMINARY HEARING**

APPEARANCES:

Plaintiff: Joseph Teirab, Assistant U.S. Attorney
Defendant: Eric W.M. Bain
X CJA

Interpreter/Language: Mohamad Omar/Arabic

On X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

Additional Information:
Dan Hudson testified.
Government exhibits 1 and 2 admitted for purposes of today's hearing.

*s/ms*
Signature of Courtroom Deputy